| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>ST. EVE, AMY J | 2. Court or Organization<br><br>District Court | 3. Date of Report<br><br>05/03/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>USDCJ - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Room 1260<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Northwestern Law School |
| 2. Board Member | Federal Bar Association -- Chicago Chapter |
| 3. Board Member | DePaul University College of Law -- Intellectual Property Law and Information Technology Board |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE   2007 MAY 15 A 9: 37   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 05/03/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | Northwestern Law School (teaching) | $ 2,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Northwestern Medical Faculty Foundation |
| 2. 2006 | Interventional Consultants, LLC |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 05/03/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Growth Fund | | | | | | | | | |
| 18. Van Kampen American Cap Emerging Growth Fund | | None | J | T | | | | | |
| 19. ING International Value Fund | B | Dividend | K | T | | | | | |
| 20. Neuberger Berman Genesis Fund | A | Dividend | K | T | | | | | |
| 21. ING Small Company Fund A | A | Dividend | K | T | | | | | |
| 22. Lord Abbett Affiliated Fund A | A | Dividend | J | T | | | | | |
| 23. Ameren Corp. Common Stock | A | Dividend | J | T | | | | | |
| 24. Barrick Gold Corp. Common Stock | A | Dividend | J | T | | | | | |
| 25. Cisco Systems Inc. Common Stock | | None | J | T | | | | | |
| 26. Claymore Secs. Defined | | | J | T | | | | | |
| 27. Qualcomm Inc. | A | Dividend | | | | | | | |
| 28. McDonalds Corp. CS | A | Dividend | J | T | | | | | |
| 29. Stiefel Nicholaus Money Market | B | Dividend | L | T | | | | | |
| 30. Illinois Municipal Bonds | | None | K | T | | | | | |
| 31. Fidelity Strategic Dividend/Income | A | Dividend | J | T | | | | | |
| 32. Fidelity 529 Education Plan | A | Interest | M | T | See Note 1 | | | | |
| 33. Fidelity U.S. Treasury Fund | B | Dividend | K | T | See Note 3 | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Peabody Energy Corp. | A | Dividend | K | T | | | | | |
| 35. General Electric | A | Dividend | J | T | | | | | |
| 36. Fidelity Select Medical Delivery & monthly $250 | B | Dividend | J | | Bought | 4/28 | J | | |
| 37. Entertainment B | | Dividend | J | | Bought | 1/11 | J | | |
| 38. Illinois State Tax Free Bonds | | | J | | Bought | 1/14 | J | | |
| 39. Illinois State College Bonds | | | J | | Bought | 8/4 | J | | |
| 40. Fidelity Balanced -- (See Note 4 in Part VIII) | A | Dividend | J | T | Bought | 12/29 | J | | |
| 41. Fidelity Latin America -- (See Note 4 in Part VIII) | A | Dividend | J | T | Bought | 12/29 | | | |
| 42. Goodyear Tire & Rubber | | | | | Sold | 3/3 | J | A | |
| 43. Skyworks Solutions, Inc. | | | | | Bought | 1/20 | J | | |
| 44. Skyworks Solutions, Inc. | | | | | Sold | 10/3 | J | B | |
| 45. Tennessee Commerce | | | | | Bought | 6/28 | J | | |
| 46. Tennessee Commerce | | | | | Sold | 11/21 | J | C | |
| 47. Vertex Pharmaceuticals | | | | | Sold | 3/24 | K | D | |
| 48. Vertex Pharmaceuticals | | | | | Sold | 3/3 | J | C | |
| 49. Starbucks Corp. | | None | J | T | Bought | 4/28 | J | | |
| 50. Fidelity Blue Chip Value Fund | A | Dividend | K | T | Bought | 11/3 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Fidelity Capital Appreciation Fund | A | Dividend | K | T | Bought | 11/3 | K | | |
| 52. Fidelity International Discovery Fund | | None | K | T | Bought | 11/3 | K | | |
| 53. Fidelity Large Cap Value Fund | A | Dividend | K | T | Bought | 11/3 | K | | |
| 54. Fidelity Mid Cap Growth Fund | | None | J | T | Bought | 11/3 | J | | |
| 55. Fidelity Mid Cap Value Fund | | None | J | T | Bought | 11/3 | J | | |
| 56. Fidelity Small Cap Growth Fund | | None | J | T | Bought | 11/3 | J | | |
| 57. Fidelity Small Cap Value Fund | | None | J | T | Bought | 11/3 | J | | |
| 58. Fidelity Total Bond Fund | | None | J | T | Bought | 11/3 | J | | |
| 59. Fidelity Emerging Markets Fund | | None | K | T | Bought | 11/3 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 05/03/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Notes

1. We made monthly contributions for each of ███████ to these Fidelity 529 Education Plans. We contributed a total of $3,000 monthly in 2006.

2. These funds are in █████ retirement fund through Northwestern Medical Faculty Foundation. They made monthly contributions to the funds during 2006.

3. In Investments and Trusts, Line 34, the Fidelity U.S. Treasury Fund was sold and transferred to other Fidelity Funds.

4. In Investments and Trusts, Lines 40 and 41, these two funds were purchased on December 29, 2005. I inadvertently did not disclose them on my 2005 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| ST. EVE, AMY J | 05/03/2007 |

## IX. CERTIFICATION.

.I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date 5-9-07

NOTE: ANY ~~[redacted]~~ ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMI ~~[redacted]~~

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544